JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-00522-RGK (FMOx) | Date | July 10, 2012 |
|---|---|---|---|
| Title | DENNIS HELLERVIK et al. v. 3M COMPANY et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) Order Dismissing Remaining Defendants

On June 26, 2012, the Court granted Phelps Dodge Industries, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC"). Because the Court found that the allegations in the FAC were substantially similar as to all Defendants, the Court issued an Order to Show Cause as to why the dismissal order should not be applied to the remaining Defendants.

Plaintiffs timely responded to the Order to Show Cause on July 9, 2012. Plaintiffs do not argue that it would be inappropriate to apply the June 26 Order to the remaining Defendants. Instead, they ask for leave to file a Second Amended Complaint. The Court denies that request and **dismisses** the remaining Defendants. Plaintiffs have already had two chances to state sufficient factual allegations to support their claims.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | slw |