JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00522-RGK (AGRx) | Date | May 14, 2015 |
|---|---|---|---|
| Title | Hellervik et al v. 3M Company et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS) NOTICE TO PARTIES AND ORDER**

The Court has reviewed Plaintiff's Response to Order to Show Cause re Dismissal for Lack of Prosecution. Defendant Mechanical Drives and Belting is hereby dismissed.

**IT IS SO ORDERED.**

:

Initials of Preparer   slw